**SEAN MUSGROVE, STATE BAR NO. 229822**
75 Natoma Street, Suite A
Folsom CA 95630
Phone: (916) 965-4577
Fax: (916) 596-0410
Email: myteam@seanmusgrove.net

Attorney for Plaintiff
ANH BAO VY HUYNH

SCHUERING ZIMMERMAN & DOYLE, LLP
Lawrance S. Giardina, Bar NO. 119229
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
Fax: (916) 568-0400

Attorneys for Defendant
NATHAN HALE ALLEN, M.D.

McGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     joseph.frueh@usdoj.gov
Telephone:  (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANH BAO VY HUYNH,<br><br>                    Plaintiff,<br><br>       v.<br><br>SUTTER HEALTH; SUTTER ROSEVILLE MEDICAL CENTER FOUNDATION; NATHAN HALE ALLEN, M.D.; and DOES 1-50, INCLUSIVE,<br><br>                    Defendants. | Case No. 2:20-cv-01757-MCE-CKD<br><br>**STIPULATION AND ORDER FOR CONTINUING DR. NATHAN HALE ALLEN'S RESPONSE TO FIRST AMENDED COMPLAINT** |

**STIPULATION AND PROPOSED ORDER**

Subject to Court approval, IT IS HEREBY STIPULATED, by and among Plaintiff Anh Bao Vy Huynh, Defendant Nathan Hale Allen, M.D., and the United States, that the deadline for Dr. Allen's response to the First Amended Complaint (ECF 5) shall be continued to 14 days after the Court rules on the United States' Motion to Substitute, Dismiss, and Remand (ECF 8).

Dated: November 12, 2020        /s/ *Sean Musgrove*        (authorized 11/12/2020)
SEAN MUSGROVE

Attorney for Plaintiff
ANH BAO VY HUYNH

Dated: November 9, 2020        SCHUERING ZIMMERMAN & DOYLE, LLP

By:   /s/ *Lawrance S. Giardina*   (authorized 11/9/2020)
LAWRANCE S. GIARDINA

Attorneys for Defendant
NATHAN HALE ALLEN, M.D.

Dated: November 12, 2020        McGREGOR W. SCOTT
United States Attorney

By:   /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for the United States of America

**IT IS SO ORDERED**

Dated: November 20, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE