**SEAN MUSGROVE, STATE BAR NO. 229822**
75 Natoma Street, Suite A
Folsom CA 95630
Phone: (916) 965-4577
Fax: (916) 596-0410
Email: myteam@seanmusgrove.net

Attorney for Plaintiff
ANH BAO VY HUYNH

McGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:      joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANH BAO VY HUYNH,<br><br>                              Plaintiff,<br><br>              v.<br><br>SUTTER HEALTH; SUTTER ROSEVILLE MEDICAL CENTER FOUNDATION; NATHAN HALE ALLEN, M.D.; and DOES 1-50, INCLUSIVE,<br><br>                              Defendants. | Case No. 2:20-cv-01757-MCE-CKD<br><br>**STIPULATION AND ORDER FOR SUPPLEMENTAL BRIEFING RE: MOTION TO SUBSTITUTE, DISMISS, AND REMAND (ECF 8)** |

**STIPULATION AND ORDER**

Subject to Court approval, IT IS HEREBY STIPULATED, by and between Plaintiff Anh Bao Vy Huynh and the United States of America, that Plaintiff may have up to and including March 19, 2021, to supplement her Opposition to the United States' Motion to Substitute, Dismiss, and Remand (ECF 8), and the United States may have up to and including April 2, 2021, to supplement its Reply in Support of the Motion.  The reason for this Stipulation is to allow time for Plaintiff to obtain and review materials that may contain information relevant to the United States' Motion, as outlined in the Declaration of Sean Musgrove (ECF 14) ¶¶ 15–18.


Dated: January 18, 2021            /s/  *Sean Musgrove*_____ (authorized 1/18/2021)
                                   SEAN MUSGROVE

                                   Attorney for Plaintiff
                                   ANH BAO VY HUYNH


Dated: January 19, 2021            McGREGOR W. SCOTT
                                   United States Attorney

                              By:  /s/  *Joseph B. Frueh*_____
                                   JOSEPH B. FRUEH
                                   Assistant United States Attorney

                                   Attorneys for the United States of America


        IT IS SO ORDERED.

Dated:  January 21, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE